STATE OF NORTH CAROLINA v. STEVE THOMAS SIMMONS

No. 133A84

(Filed 2 October 1984)

APPEAL of right under G.S. 7A-30(2) from a decision of a divided panel of the Court of Appeals, 66 N.C. App. 402, 311 S.E. 2d 357 (1984), finding no error in the judgment entered by *Judge Edward K. Washington* on 13 January 1983 in Superior Court, STOKES County. Heard in the Supreme Court 10 September 1984.

*Rufus L. Edmisten, Attorney General, by Francis W. Crawley, Assistant Attorney General, for the State.*

*White and Crumpler, by Fred G. Crumpler, Jr. and Randolph M. James, for the defendant appellant.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.